In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Successor Trustee under the Will of EMILIO DEL PINO, Deceased, Respondent. ROSALIA DEL PINO et al., Appellants; CITY BANK FARMERS TRUST COMPANY et al., as Executors of MARIA DEL P. KEYES, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn and Callahan, JJ. [See ante, p. 670.]

■

UNITED SECURITY CORPORATION v. ISADORE SUCHMAN.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See ante, p. 661.]

■

JENKIN CONTRACTING Co., INC., v. SIXTH AVE. AND 57TH STREET CORP.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See ante, p. 662.]

■

JEROME B. ROSS et al., as Stockholders of the TRANS-LUX CORPORATION, Suing on Behalf of Themselves and All Other Stockholders of Said Corporation, Similarly Situated, and in the Right of Said Corporation, Appellants, et al., Plaintiffs, v. HARRY BRANDT, Individually and as Trustee in Liquidation of SHERBROOKE REALTY Co., INC., et al., Respondents, et al., Defendants.— Motion for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ. [See ante, p. 677.]

■

ELIZABETH M. SHER v. CENTROTEX, LTD.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ. [See 281 App. Div. 1014.]

■

WILLIAM A. GORHAM, Plaintiff, v. NORMAN ARONS et al., Defendants, and NATIONAL AUTO RENTING Co., INC., Defendant and Third-Party Plaintiff-Respondent. PARISH PRESS INC., Third-Party Defendant-Appellant.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See ante, p. 147.]

■

EMANUEL GUTTMAN v. WHITEHALL IMPROVEMENT CORPORATION.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan and Breitel, JJ. [See 281 App. Div. 528.]

■

JEANETTE GREENHUT v. HENRY GREENHUT.— Motion for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ. [See ante, p. 681.]